UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Cindy C. Irons

         Plaintiff,

v.                 Case No.: 1:15−cv−04315
                 Honorable John J. Tharp Jr.

Village of Dolton, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 24, 2018:

  MINUTE entry before the Honorable Sidney I. Schenkier: Settlement counsel held. Subject to board approval, settlement reached that is consistent with the Court's recommendation as to a reasonable settlement. The matter is set for a status hearing with the magistrate judge on 2/21/18 at 8:45 a.m. If the parties have filed a stipulation to dismiss before that date, we will strike the status hearing. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.