**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CINDY C. IRONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 2015 CV 04315** |
| | ) | |
| **VILLAGE OF DOLTON, a municipal** | ) | **Judge John J. Tharp, Jr.** |
| **corporation, MARLON HARRIS, LEWIS** | ) | |
| **LACEY and JOEL McQUEEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**
**PER SETTLEMENT AGREEMENT**

Defendant Village of Dolton, by and through their attorneys, John B. Murphey, Rosenthal, Murphey, Coblentz and Donahue moves to have this case dismissed by agreement and with prejudice. In support of this motion, Defendant states that the parties have amicably resolved this matter.

VILLAGE OF DOLTON, Defendant

By:     /s/ John B. Murphey_____
John B. Murphey, One of their Attorneys

JOHN B. MURPHEY
AMBER. M. SAMUELSON
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle Street, Suite 1624
Chicago, Illinois 60602
(312) 541-1070
(312) 541-9191 (fax)
jmurphey@rmcj.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Charles A. Cohn
Cohn & Cohn
77 West Washington Street
Suite 1422
Chicago, Illinois  60602
Tel: 312.346.9336
Fax: 312.46-9339
cceclaw@aol.com

Eydie R. Vanderbosch
Ziliak Law, LLC
141 W. Jackson Blvd., Suite 4048
Chicago, Illinois  60604
Tel: 312-462-3350
evanderbosch@ziliak.com